In the Matter of ANONYMOUS, a Suspended Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted March 14, 2016; decided May 5, 2016

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as confirmed a confidential letter of caution, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge STEIN taking no part.

In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.-C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by New York State Bar Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.-C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by American Academy of Adoption Attorneys et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge FAHEY taking no part.